

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC ASHFORD HAMILTON | Criminal Information<br><br>No. 1:18-CR-00474 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Conspiracy**
**(18 U.S.C. § 371)**

1. From on or about January 6, 2017, until at least in or about April, 2018, in the Northern District of Georgia and elsewhere, the defendant **Eric Ashford Hamilton** and an unindicted co-conspirator known to the United States did knowingly combine, conspire, confederate, agree, and have a tacit understanding with each other and with other persons unknown to the United States to pass and utter counterfeit obligations and securities, in violation of Title 18, United States Code, Section 472.

*Manner and Means*

2. Through a means unknown, **Eric Ashford Hamilton** and a known unindicted co-conspirator obtained counterfeit obligations of the

United States, specifically counterfeit Federal Reserve Notes in the denomination of one hundred dollars.

3. **Eric Ashford Hamilton** and a known unindicted co-conspirator used the counterfeit Federal Reserve Notes, often commingled with real Federal Reserve Notes, to purchase money orders, including money orders from Western Union Financial Services, Inc. ("Western Union") and MoneyGram International Inc. ("MoneyGram") locations inside grocery and retail stores.

4. After purchasing money orders with counterfeit Federal Reserve Notes, **Eric Ashford Hamilton** and a known unindicted co-conspirator would deposit and cause to be deposited the money orders into bank accounts under their control.

## Overt Acts

5. On or about June 10, 2017, **Eric Ashford Hamilton** and a known unindicted co-conspirator used and attempted to use twenty-seven counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Kroger, located at 3300 Hamilton Mill Road, Buford, Georgia.

6. On or about June 13, 2017, **Eric Ashford Hamilton** and a known unindicted co-conspirator used and attempted to use twenty-one counterfeit Federal Reserve Notes in the denomination of one hundred

dollars to purchase Western Union money orders at a Kroger, located at 1720 Epps Bridge Parkway, Athens, Georgia.

7. On or about June 14, 2017, **Eric Ashford Hamilton** used and attempted to use thirteen counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Kroger, located at 3093 Steve Reynolds Boulevard, Duluth, Georgia.

8. On or about June 14, 2017, **Eric Ashford Hamilton** used and attempted to use fifteen counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Kroger, located at 3455 Peachtree Industrial Boulevard, Duluth, Georgia.

9. On or about June 14, 2017, **Eric Ashford Hamilton** used and attempted to use nineteen counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Publix, located at 2750 Buford Highway, Duluth, Georgia.

10. On or about June 15, 2017, **Eric Ashford Hamilton** and a known unindicted co-conspirator used and attempted to use twenty-four counterfeit Federal Reserve Notes in the denomination of one

hundred dollars to purchase Western Union money orders at a Kroger, located at 4498 Chamblee Dunwoody Road, Dunwoody, Georgia.

11. On or about June 19, 2017, **Eric Ashford Hamilton** and a known unindicted co-conspirator used and attempted to use sixteen counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Kroger, located at 191 Alps Road, Athens, Georgia.

12. On or about June 19, 2017, **Eric Ashford Hamilton** and a known unindicted co-conspirator used and attempted to use twenty-four counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase MoneyGram money orders at a Wal-Mart, located at 4575 Lexington Road, Athens, Georgia.

13. On or about August 7, 2017, **Eric Ashford Hamilton** used and attempted to use twelve counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Kroger, located at 1475 Buford Highway, Lawrenceville, Georgia.

14. On or about August 8, 2017, **Eric Ashford Hamilton** used and attempted to use sixteen counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union

money orders at a Kroger, located at 400 Peachtree Industrial Road, Suwanee, Georgia.

15.    On or about August 21, 2017, **Eric Ashford Hamilton** used and attempted to use eight counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Kroger, located at 3651 Peachtree Parkway, Suwanee, Georgia.

16.    On or about August 25, 2017, **Eric Ashford Hamilton** used and attempted to use eleven counterfeit Federal Reserve Notes in the denomination of one hundred dollars to purchase Western Union money orders at a Kroger, located at 3651 Peachtree Parkway, Suwanee, Georgia.

All in violation of Title 18, United States Code, Section 371.

## Forfeiture

17.    Upon conviction of the offense alleged in this Information, the defendant, **Eric Ashford Hamilton**, shall, pursuant to Title 18, United States Code, Section 981(a)(1)(C), forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 472, or conspiracy to commit such violation, including but not limited to, a personal money

judgment for the amount of proceeds obtained as a result of the offense(s).

18.  If, as a result of any act or omission of the defendant, **Eric Ashford Hamilton**, any property subject to forfeiture: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States intends, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of such defendant up to the value of the forfeitable property.

BYUNG J. PAK
*United States Attorney*

*/s/ Samir Kaushal*

SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

6