ND/GA PROB 12C
(6/12)

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 13 2020

By: JAMES N. HATTEN, Clerk

Deputy Clerk

## Violation Report and Petition For Summons
## for Offender Under Supervision

Name of Offender: **Eric Ashford Hamilton**     Docket No. **1:18-CR-474-TWT**

Name of Sentencing Judicial Officer:   **Honorable Thomas W. Thrash, Jr.**
                                       **Chief U. S. District Court Judge**

Date of Original Sentence: **July 2, 2019**

Original Offense: **Conspiracy to Defraud the United States, 18 U.S.C. § 371**

Original Sentence: **Three (3) years probation with the following special conditions: 6 months home detention, without location monitoring equipment; refrain for the excessive use of alcohol; search condition; financial disclosure; mental health evaluation and participation in any recommended treatment; and restitution in the amount of $30,100.00, to be paid at the minimum monthly rate of $150 plus 25% of gross income in excess of $2,500.00.**

Type of Supervision: **Probation**       Date Supervision Commenced: **07/02/2019**

Assistant U.S. Attorney: **Samir Kaushal**       Defense Attorney: **Jay Strongwater**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

**Violation No. 1-Failure to Pay Restitution as Directed:** On July 10, 2019, Hamilton was given written instruction to make restitution payments in the amount of $150 plus 25% of gross income every month, beginning in August 2019. Since then, Hamilton has made partial payments in August 2019, September 2019, and October 2019, each for $75. Hamilton failed to make any payment in November 2019, December 2019, and January 2020. By this officer's calculations, Hamilton is $528 in arrears.

**Violation No. 2-Failure to Attend Mental Health Counseling as Directed:** On July 10, 2019, Hamilton was referred to Atlanta Family Counseling Center for a mental health evaluation. That evaluation was completed on July 18, 2019, by Jackie Martin, MS, APC, in which she recommended Hamilton attend individual mental health counseling sessions and receive a psychiatric evaluation. Hamilton's next appointment was scheduled for August 16, 2019; however, Hamilton failed to attend that appointment.

**Violation No. 3-Failure to Comply with a program of Home Detention:** Hamilton was directed to provide a weekly activity form on Mondays, which outline when he will be away from home for approved business. Hamilton failed to submit a weekly activity form on Monday, November 18, 2019. Additionally, Hamilton was not home during his designated times on November 15, 2019 and December 11, 2019.

**Violation No.4-Leaving the Judicial District without Permission:** On January 31, 2020, Hamilton advised this officer he left the judicial district the previous week to visit his son in Pittsburgh, PA.

**Violation No.5-New Criminal Conduct:** On January 13, 2020, Hamilton committed the state offense Theft by Shoplifting-Felony in violation of O.C.G.A. 16-8-14, in that he did take possession of merchandise, a LG G8X ThinQ cellular phone, model LM-G850UM, with a value greater than $500, with the intent to deprive the owner of the full value of said merchandise.

PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

None.

PETITIONING THE COURT TO:

Issue a Summons for Eric Ashford Hamilton directing him to appear before the Court at Atlanta, Georgia, as directed, to show cause why Probation heretofore entered should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

_____  2-7-20
Thomas Hare             Date
U.S. Probation Officer

_____  2/7/2020
David D. Davis          Date
Supervising U. S. Probation Officer

---

THE COURT ORDERS:

☒ The issuance of a Summons.

☐ No Action

☐ Other

_____
Honorable Thomas W. Thrash, Jr.
Chief U. S. District Court Judge
_____2/12/20_____
Date