ND/GA PROB 12C
(6/12)

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 09 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## 2nd *AMENDED* Violation Report and Petition For Summons for Offender Under Supervision

Name of Offender: **Eric Ashford Hamilton**                    Docket No. **1:18-CR-474-TWT**

Name of Sentencing Judicial Officer:   **Honorable Thomas W. Thrash, Jr.**
                                        **Chief U. S. District Court Judge**

Date of Original Sentence: **July 2, 2019**

Original Offense: **Conspiracy to Defraud the United States, 18 U.S.C. § 371**

Original Sentence: **Three (3) years probation with the following special conditions: 6 months home detention, without location monitoring equipment; refrain for the excessive use of alcohol; search condition; financial disclosure; mental health evaluation and participation in any recommended treatment; and restitution in the amount of $30,100.00, to be paid at the minimum monthly rate of $150 plus 25% of gross income in excess of $2,500.00.**

Type of Supervision: **Probation**                    Date Supervision Commenced: **07/02/2019**

Assistant U.S. Attorney: **Samir Kaushal**            Defense Attorney: **Jay Strongwater**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

**Violation No. 1-Failure to Pay Restitution as Directed:** On July 10, 2019, Hamilton was given written instruction to make restitution payments in the amount of $150 plus 25% of gross income every month, beginning in August 2019. Since then, Hamilton has made partial payments in August 2019, September 2019, and October 2019, each for $75. Hamilton failed to make any payment in November 2019, December 2019, and January 2020, *February 2020, March 2020, April 2020, and May 2020. By this officer's calculations, Hamilton is $825 in arrears, as he has paid $600 in June 2020.*

**Violation No. 2-Failure to Attend Mental Health Counseling as Directed:** On July 10, 2019, Hamilton was referred to Atlanta Family Counseling Center for a mental health evaluation. That evaluation was completed on July 18, 2019, by Jackie Martin, MS, APC, in which she recommended Hamilton attend individual mental health counseling sessions and receive a psychiatric evaluation. Hamilton's next appointment was scheduled for August 16, 2019; however, Hamilton failed to attend that appointment.

**Violation No. 3-Failure to Comply with a program of Home Detention:** Hamilton was directed to provide a weekly activity form on Mondays, which outline when he will be away from home for approved business. Hamilton failed to submit a weekly activity form on Monday, November 18, 2019. Additionally, Hamilton was not home during his designated times on November 15, 2019 and December 11, 2019.

**Violation No.4-Leaving the Judicial District without Permission:** On January 31, 2020, Hamilton advised this officer he left the judicial district the previous week to visit his son in Pittsburgh, PA.

*On July 2, 2020, this officer received notification that Hamilton's criminal history had been run by the Summerville, South Carolina Police Department. This officer called the Summerville Police Department requesting additional information regarding the nature of their inquiry, and was put in contact with Officer Amanda Huggins. Officer Huggins stated she pulled over Hamilton due to a window tint violation, and issued him a written warning. Hamilton had not requested permission to travel outside the Northern District of Georgia.*

**Violation No.5-New Criminal Conduct:** On January 13, 2020, Hamilton committed the state offense Theft by Shoplifting-Felony in violation of O.C.G.A. 16-8-14, in that he did take possession of merchandise, a LG G8X ThinQ cellular phone, model LM-G850UM, with a value greater than $500, with the intent to deprive the owner of the full value of said merchandise.

*__Violation No.6-Failure to Report as Directed:__ This officer mailed a letter to Hamilton's last known address on February 26, 2020, which contained instructions to report to the probation office on March 9, 2020, at 10:00am. Hamilton called this officer on March 7, 2020, reporting he had received the letter. This officer directed Hamilton to report March 9, 2020, but at 11:00am instead on 10:00am. Hamilton called this officer on March 9, 2020, at 11:01am, stating he would not be reporting today, as he had a previous engagement.*

*__Violation No.7-Failure to Report Contact with Law Enforcement:__ On July 2, 2020, Hamilton was issued a written warning from Officer Amanda Huggins of the Summerville Police Department for a window tint violation. He failed to report that contact within 72 hours or any time thereafter.*

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT TO:**

Issue a Summons for Eric Ashford Hamilton directing him to appear before the Court at Atlanta, Georgia, as directed, to show cause why Probation heretofore entered should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

| _/s/ Thomas Hare_ | 07/07/20 | _David D. Davis_ | 07/07/2020 |
|---|---|---|---|
| Thomas Hare | Date | David D. Davis | Date |
| U.S. Probation Officer | | Supervising U. S. Probation Officer | |

**THE COURT ORDERS:**

☒ The issuance of a Summons.

☐ No Action

☐ Other

*Thomas W. Thrash*
Honorable Thomas W. Thrash, Jr.
Chief U. S. District Court Judge

7/8/20
Date