# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00474-TWT
## USA v. Hamilton
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 7/27/2020.

TIME COURT COMMENCED: 10:12 A.M.
TIME COURT CONCLUDED: 11:17 A.M.
TIME IN COURT: 1:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
USPO: Thomas Hare
DEPUTY CLERK: Charlotte Diggs

| | |
|---|---|
| DEFENDANT(S): | [1]Eric Ashford Hamilton Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Jay Strongwater representing Eric Ashford Hamilton |
| PROCEEDING CATEGORY: | Revocation of Probation Hearing(Probation Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED to Violations 1-4, 6-7 and did not deny Violation 5 in the Second Amended Petition [Doc. 15].<br>Court found that defendant DID violate conditions of Probation.<br>Court has deferred ruling for six months.<br>Probation was CONTINUED. |
| MINUTE TEXT: | Counsel and Defendant Eric Hamilton appeared over videoconference for a revocation hearing. The Court advised Mr. Hamilton of his right to appear in person and confirmed that Mr. Hamilton agreed to proceed over videoconference. The Court found that it was in the public interest to conduct the hearing over videoconference given the risks from the coronavirus pandemic. There were no objections to the Court's guideline calculations. Mr. Strongwater and Mr. Hamilton addressed the Court regarding each violation, and Mr. Kaushal asked Mr. Hamilton additional questions about certain violations in the petition. After hearing closing from counsel regarding the recommended sanctions for admitted violations, the Court deferred making a decision for six months and directed the Clerk to set another hearing for a date six months out. |
| HEARING STATUS: | Hearing not concluded. Court adjourned until further ordered. |