IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :   CASE NUMBER |
| v. | :   NO. 1:18-CR-474-TWT |
| | : |
| ERIC HAMILTON, | : |
|     Defendant. | : |

MOTION FOR MODIFICATION OF RESTITUTION SCHEDULE

Comes now the defendant, Eric Hamilton, by and through his undersigned counsel, who moves the court for a modification of the his restitution schedule. In support thereof, the defendant shows the court the following:

1.

On July 8, 2019, Hamilton was sentenced on this Criminal Information to a term of probation with conditions that included restitution in the amount of $30,100.00. The defendant was instructed to make installment payments "at a monthly rate of $150.00 plus 25% of defendant's gross income in excess of $2,500 per month ($30,000 per year). (Dkt 9) The restitution is a joint and several obligation with one other defendant who is excused from starting payments until he finishes his schooling.

2.

Due to the impact of the COVID-19 pandemic, Hamilton has been unable to

work full time at his place of employment or to supplement his income from that job through other work. He does not anticipate being fully employed at the present job until the summer of 2021.

3.

In light of his current financial distress, Hamilton is requesting that the monthly payments toward restitution be reduced to $45.00 per month.

Wherefore, for good cause shown, Eric Hamilton requests that the Judgment be modified to reflect the change in circumstances.

Respectfully submitted,<br>
/s/ *Jay L. Strongwater*<br>
Jay L. Strongwater<br>
Georgia Bar No. 688750

1360 Peachtree Street, NE
Suite 910
Atlanta, Georgia  30309
404.872.1700
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the within and foregoing pleadings upon counsel for the government by electronically posting through the District Court's ECF Filing System, addressed as follows:

Samir Kaushal, Esq.
Assistant United States Attorney
samir.kaushal@usdoj.gov

This  21st  day of  October , 2020.

      /s/ *Jay L. Strongwater*
Jay L. Strongwater
Georgia Bar No. 688750

1360 Peachtree Street, NE
Suite 910
Atlanta, Georgia  30309
404.872.1700
Counsel for Defendant