IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC ASHFORD HAMILTON,<br>     Defendant. | CRIMINAL FILE NO.<br>1:18-CR-474-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Defendant's Motion for Modification of Restitution Schedule [Doc. 17] which is GRANTED. The Defendant's monthly restitution payment is reduced to $45.00.

SO ORDERED, this 29 day of December, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge