# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cr-00474-TWT
### USA v. Hamilton
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court via Zoom on 04/21/2021.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:00 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
USPO: Thomas Hare
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| DEFENDANT(S): | [1]Eric Ashford Hamilton Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Jay Strongwater representing Eric Ashford Hamilton |
| PROCEEDING CATEGORY: | Revocation of Probation Hearing(Probation Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED-IN-PART AND DENIED-IN-PART allegations.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was REVOKED. |
| MINUTE TEXT: | The defendant denied the allegations set forth in paragraph 1; admitted the allegations set forth in paragraphs 2 through 4 and paragraphs 6 through 8; and neither admitted nor denied the allegations set forth in paragraph 5 of the third amended petition to revoke. The Court finds that the defendant has violated the terms of probation. The Court sentenced the defendant to the custody of the Bureau of Prisons for a term of 3 months, no supervised release to follow, for reasons stated on record. Defendant shall self surrender to the custody of the BOP as directed by the USM. The Court inquired as to Jones Objections, there were none. The Court advised defendant of the right to appeal. |
| HEARING STATUS: | Hearing Concluded |