# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL CASE NO. |
| v. | NO. 1:18-cr-474-TWT-1 |
| ERIC ASHFORD HAMILTON, | |
| Defendant. | |

## ORDER REVOKING PROBATION

On the 21st day of April, 2021 came the attorney for the government, Samir Kaushal the defendant, Eric Ashford Hamilton; and the attorney for the defendant, Jay Strongwater.

A probation officer of this Court moved the Court to revoke the three-year period of probation heretofore granted the defendant on July 2, 2018.

Upon considering the evidence in support of such motion, and the defendant having admitted that he violated certain terms and conditions of his probation as outlined in the Court's findings of fact in detail on the record during the hearing held on April 21, 2021, the defendant's probation is hereby REVOKED, and

IT IS ADJUDGED that the defendant, having been found guilty of violating the terms and conditions of his probation, is hereby committed to the custody of the Bureau of Prisons for a period of THREE (3) MONTHS, with no supervised release

to follow. The Defendant shall self-surrender to the institution designated by the Bureau of Prisons as directed by the United States Marshal.

IT IS ORDERED that the Clerk shall deliver a copy of this judgment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this __21st__ day of April, 2021.

                                                THOMAS W. THRASH, JR.
                                                UNITED STATES DISTRICT JUDGE