AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 14 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:18-CR-474-TWT |
| | ) | |
| ERIC ASHFORD HAMILTON | ) | |
| *Defendant* | ) | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U. S. COURTHOUSE<br>75 TED TURNER DRIVE, S. W.<br>ATLANTA, GEORGIA 30303 | Courtroom No.: 1834 |
|---|---|
| | Date and Time: 2-17-22 @ 11:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 2-14-22

_____
*Judge's signature*

John K. Larkins III, United States Magistrate Judge
*Printed name and title*