IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ERIC ASHFORD HAMILTON<br>Defendant | Criminal Action No.<br><br>1:18-CR-474-TWT-1 |

**ORDER DISMISSING PROBATION REVOCATION PETITION**

On the 9th day of March, 2022, came the attorney for the government, Samir Kaushal; the defendant, Eric Ashford Hamilton; and the attorney for the defendant, Kendal Silas. Before the Court is the probation officer's petition to revoke Hamilton's probation based on Hamilton's failure to follow the probation officer's instructions to report to the United States Marshals Service so that he may be fingerprinted and eventually given a voluntary surrender date to serve a term of imprisonment. (Docs. 23, 24.)

The term of imprisonment to be served was imposed on April 21, 2021, after a probation revocation hearing before this Court, where Hamilton was ordered to voluntarily surrender as directed by the United States Marshals Service to serve a three-month term of imprisonment, due to Hamilton having violated the terms of a probation sentence imposed on July 2, 2019. (Docs. 9, 23.)

Hamilton filed a motion to dismiss the probation revocation petition on March 9, 2022. (Doc. 36.)

Upon considering the motion and argument from the parties during the hearing held on March 9, 2022, the Court, for the reasons articulated in the hearing, hereby GRANTS Hamilton's motion to dismiss the probation revocation petition and IT IS ORDERED that the probation revocation petition is hereby dismissed.

For the reasons articulated in the March 9, 2022 hearing, the Court further finds that Hamilton violated the Court's April 21, 2021 order to voluntarily surrender as directed by the United States Marshals Service.

At the March 9, 2022 hearing, Hamilton identified some medical ailments. The Court recommends to the Bureau of Prisons that it, in accordance with its ordinary course, exercise its responsibilities to do what is appropriate under its protocols, regulations, and the law—given, *inter alia*, Hamilton's pending security classification—to provide treatment and care with respect to the medical ailments.

IT IS FURTHER ORDERED that Hamilton is hereby remanded to the custody of the United States Marshal Service to await designation by the Bureau of Prisons for service of the three-month term of imprisonment imposed on April 21, 2021.

IT IS FURTHER ORDERED that the Clerk shall deliver a copy of this Order to the United States Marshal or other qualified officer.

SO ORDERED, this __10th__ day of March, 2022.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE