AO442 (Rev. 8/15)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### WARRANT FOR ARREST

UNITED STATES OF AMERICA )
)
vs. )
)
Eric Ashford Hamilton ) Docket No.: 1:18-CR-474-TWT-1
)
) UNDER SEAL   **ORIGINAL**

RECEIVED
By USMS at 2:20 pm, Jul 21, 2021

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☒ Probation Violation Petition
☐ Other:  Bond violation

charging him with:  **Failure to Follow the Instructions of the Probation Officer Related to the Conditions of Supervision**

in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

*Thomas W. Thrash*             Date: 7/19/21
Honorable Thomas W. Thrash, Jr.
Senior U.S. District Judge

Bail fixed at $_____ By _____
                                                       Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 17 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

3267 Hideaway Lane, Loganville

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07-20-2021 | DUSM Zac Paradowski | |
| DATE OF ARREST | | |
| 02-10-2022 | | |

F.J: 10762740

USMS: 72074-019

AO442 (Rev. 8/15)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA )
)
vs. )
)
Eric Ashford Hamilton ) Docket No.: 1:18-CR-474-TWT-1
)
) UNDER SEAL

RECEIVED
By USMS at 2:20 pm, Jul 21, 2021

**COPY**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
☐ Other:   Bond violation

charging him with:   **Failure to Follow the Instructions of the Probation Officer Related to the Conditions of Supervision**

in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_Thomas M. Thrash_     Date: 7/19/21
Honorable Thomas W. Thrash, Jr.
Senior U.S. District Judge

Bail fixed at $_____   By _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 3267 Hideaway Lane, Loganville | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER Zac Paradowski, DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/10/2022 | | |

F.id: 10762740
USMS: 72076-019